**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:
LENWOOD GRIFFIN**

951 OLD HWY 4 W
HOLLY SPRINGS, MS 38635

**CHAPTER 13 NO:**

**17-13735-JDW**

---

**NOTICE TO DEBTOR**

---

NOTICE is hereby given that your plan payment will change from **$703.00** **( MONTHLY )** to **$720.50** **( MONTHLY )** effective in **2/2018.** Your plan payment is being remitted **by your employer / <u>direct</u> / by automatic bank draft.**

The reason for the changes in your plan payment is:

_____ Due to a change in your monthly mortgage payment;

_____ Due to claim being filed for a different amount than scheduled;

_____ Due to entry of an order;

\_\_\_X\_\_ Other: _____CONFIRMATION OF PLAN_____

If your **employer is withholding the plan payment from your wages,** you are responsible for remitting the difference, if any, should your employer fail to withhold the new payment.

If you are paying by **automatic bank draft,** please be sure there are sufficient funds in your account to satisfy the new payment.

If you are paying **direct,** please be aware that the Trustee **DOES NOT** accept personal checks. You can remit payments online through **https://tfsbillpay.com** or mail guaranteed funds, in the form of a **cashier's check or money order** with your **case number and last name** in the description line, to

    Locke D. Barkley
    P.O. BOX 1859
    MEMPHIS, TN 38101-1859

Should you have any questions concerning this, please contact your attorney.

Date: 1/22/2018

| | |
|---|---|
| CC:  SCHNELLER AND LOMENICK, P.A.<br>       P.O. BOX 417<br>       HOLLY SPRINGS, MS 38635 | Respectfully submitted,<br>LOCKE D. BARKLEY<br><br>/s/ Locke D Barkley<br>_____<br>CHAPTER 13 TRUSTEE |

**CERTIFICATE OF SERVICE**

    I do hererby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Date:  01/22/18

                                                  /s/ Locke D Barkley
                                                  LOCKE D. BARKLEY
                                                  CHAPTER 13 TRUSTEE