

SO ORDERED,

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                             CHAPTER 13 CASE NO.:

**LENWOOD GRIFFIN**                           17-13735-JDW

## AGREED ORDER DENYING MOTION TO DISMISS (Dkt. #56)

THIS MATTER came before the Court on the Motion to Dismiss (Dkt. #56) (the "Motion") filed by Locke D. Barkley, Chapter 13 Trustee ("the Trustee") and response thereto filed by the Debtors (Dkt. #57). Upon agreement of the parties,

IT IS ORDERED that:

1. The Motion shall be and is hereby denied.

2. The plan payment shall be amended to a sum sufficient to afford completion of the Confirmed Plan (Dkt. #40).

3. Should the Debtor become 60 days or more delinquent in Chapter 13 plan payments, calculated from June 1, 2019, this case may be dismissed by subsequent order without further notice or hearing.

##END OF ORDER##

AGREED & APPROVED:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER – MSB#10645
ATTORNEY FOR TRUSTEE

/s/ Robert H. Lomenick, Jr.
ROBERT H. LOMENICK, JR.
ATTORNEY FOR DEBTOR

Prepared by:
W. Jeffrey Collier, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645